LEON G. & TOBY F. COOPERMAN, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Cooperman v. Comm'r
Docket No. 15766-10
United States Tax Court
2011 U.S. Tax Ct. LEXIS 48; May 16, 2011, Entered
*48 For Petitioners: RICHARD ALAN LEVINE, Roberts & Holland LLP, New York, NY.
STEVEN D. TILLEM, Manhattan, Group 2, Large Business & International, New York, NY.
James S. Halpern, Judge.
James S. Halpern
DECISION
Pursuant to the agreement of the parties in this case it is
ORDERED AND DECIDED: That there is a deficiency in income tax due from petitioners for the taxable year 2005 in the amount of $4,200,000.00;
That there is a deficiency in income tax due from petitioners for the taxable year 2006 in the amount of $9,661,226.00;
That there is no penalty due from petitioners for the taxable year 2005, under the provisions of I.R.C. § 6662(a);
That there is a penalty due from petitioners for the taxable year 2006, under the provisions of I.R.C. § 6662(a), in the amount of $29,191.00.
Entered: MAY 16 2011
(Signed) James S. Halpern
Judge
* * * *
It is hereby stipulated that the Court may enter the foregoing decision in this case.
It is further stipulated that interest will be assessed as provided by law on the deficiencies in tax and penalty due from petitioners
It is further stipulated that, pursuant to the provisions of I.R.C. §6404(g), interest on the deficiency due from petitioners for the taxable year *49 2005 is suspended from October 16, 2007 to May 4, 2010.
It is further stipulated that the deficiency in income tax for the taxable year 2005, does not include a payment in the nature of a cash bond made by petitioners in the amount of $4,700,000.00 on May 20, 2010.
It is further stipulated that the deficiency in income tax for the taxable year 2006, does not include a payment in the nature of a cash bond made by petitioners in the amount of $11,300,000.00 on May 20, 2010.
It is further stipulated that, effective upon the entry of this decision by the Court, petitioners waive the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiencies in tax and penalty (plus statutory interest) until the decision of the Tax Court becomes final.
WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service
/s/ Richard Alan Levine
RICHARD ALAN LEVINE
Attorney for Petitioners
Roberts & Holland LLP
Tax Court Bar No. LR0539
825 Eighth Avenue, 37th Floor
New York, NY 10019
Telephone: (212) 903-8729
Date: APRIL 21, 2011
/s/ Steven D. Tillem
STEVEN D. TILLEM
Attorney (Manhattan, Group 2)
(Large Business & International)
Tax Court Bar No. TS0175
33 Maiden Lane
12th Fl.
New York, NY 10038
Telephone: *50 (917) 421-4640
Date: April 25, 2011